7/20/2020 1:17 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 44658038
By: Courtni Gilbert
Filed: 7/20/2020 1:17 PM

CAUSE NO. _____

| | |
|---|---|
| **BODY BROTHER, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff,** | |
| | |
| **v.** | **OF HARRIS COUNTY, TEXAS** |
| | |
| **HANG YU and YU ZHOU,** | **____ JUDICIAL DISTRICT** |
| **Defendants.** | |

### PLAINTIFF'S ORIGINAL PETITION, APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Body Brother Inc. ("Body Brother") files this Original Petition for relief against Defendants Hang Yu and Yu Zhou and would respectfully show the Court it should enter the requested relief for Plaintiff:

**I.      Discovery Control Plan**

1. Body Brother intends to conduct discovery under Discovery Control Plan Level 2, as contained in Rule 190.3 of the Texas Rules of Civil Procedure.

2. Per Rule 47 of the Texas Rules of Civil Procedure, Body Brother affirms that "the damages sought are within the jurisdictional limits of the court." In addition, at the time of filing this Petition, Body Brother seeks "monetary relief over $100,000 but not more than $200,000." Body Brother specifically reserves the right, provided by the Texas Rules of Civil Procedure, to amend and/or supplement this pleading.

**II.      Parties**

3. Body Brother is a Texas corporation with a principal place of business at 10355 Harwin Dr., Suite B, Houston, TX 77036 ("Harwin warehouse").

1

4.  Defendant Hang Yu is an individual residing at 26334 Planters Heath, Katy, TX 77494 or wherever she may be found.

5.  Defendant Yu Zhou is an individual residing at 26334 Planters Heath, Katy, TX 77494 or wherever he may be found.

**III.    Jurisdiction and Venue**

6.  Pursuant to Section 15.002(a) of the Texas Civil Practice & Remedies Code, jurisdiction and venue in this case are proper in Harris County, Texas, because Harris County is the county where all or a substantial part of the events or omissions giving rise to Body Brother's claims occurred.

7.  This Court has subject matter jurisdiction as Plaintiff plead for damages within the Court's jurisdiction.

**IV.    Facts**

8.  Body Brother is a massage chair import trade company with a warehouse ("Harwin warehouse") located at 10355, Harwin Drive, Suite B,  Houston, Texas, 77036.

9.  Body Brother typically keeps its massage chair inventory at the Harwin warehouse.

10. Attached as Exhibit A is a true and correct copy of a March 9, 2020 inventory sheet showing the amount and value of the inventory of the massage chairs and other merchandise kept at the Harwin warehouse as of that time.

11. The inventory sheet of Exhibit A shows an amount of 1305 massage chairs with an estimated sale value of $1,459,155 with other merchandise and equipment valued at approximately $109,884 as of March 9, 2020.

12. Body Brother maintains a bank account with Chase bank ("the Chase account") in connection with operations at the Harwin warehouse.

13. Exhibit B is a true and correct copy of a November 2019 consolidated bank statement from the Body Brother Chase account.

14. The company is managed by team ("Chinese management team") located in China.

15. Body Brother employed two employees ("Houston employees") to maintain the Harwin warehouse.

16. These employees were to report to and follow instructions given by the Chinese management team.

17. The employees were Yu Zhou and Hang Yu.

18. Yu Zhou is the Harwin warehouse manager and also handles repairing returned product.

19. Hang Yu is the bookkeeper for the Harwin warehouse.

20. Yu Zhou and Hang Yu are husband and wife, respectively.

21. Beginning in 2020, a serious conflict developed between the Houston employees and the Chinese management team.

    a. Yu Zhou refused to provide enough bills and information to support his requests for reimbursement and the Chinese team was unable to manage Body Brother's account;

    b. Yu Zhou refused to ship Body Brother's products in the warehouse to customers;

    c. Yu Zhou began to sell Body Brother's products without authorization and kept the proceeds;

    d. The Chinese team sought to hire an accountant to audit the warehouse and check the inventory, but Yu Zhou refused to cooperate.

    e. Yu Zhou threated to sell Body Brother's entire inventory and keep the proceeds for himself and Hang Yu.

22. Liu Yang is a representative of the Body Brother Chinese management team located in Houston.

23. Body Brother's Chinese management team asked Ms. Yang to investigate the situation with the Body Brother warehouse and the status of its inventory in the June to July 2020 timeframe.

24. During this time,

   a.  Ms. Yang was not permitted to enter the Body Brother Harwin warehouse to check the inventory.

   b.  Ms. Yang was physically threatened and intimidated when she attempted to enter the Body Brother Harwin warehouse to check the inventory.

   c.  Hang Yu and Yu Zhou informed the Body Brother Chinese management team that they had sold all the Body Brother inventory, valued at approximately $1,459,155, for approximately $148,000 to a recycling center.  The recycling center would have presumably destroyed the inventory.

   d.  Ms. Yang attempted on July 8, 2020 to enter the Harwin warehouse to check the inventory. Yu Zhou prevented her from entering and told her he had sold the inventory and that there was no more Body Brother inventory in the Harwin warehouse.

   e.  Body Brother did not authorize this sale.

   f.  Hang Yu and Yu Zhou's sale of the inventory of the Harwin warehouse was without Body Brother's consent and contrary to their instructions.

   g.  The sale caused Body Brother to be deprived of their inventory in the massage chairs.

   h.  Hang Yu and Yu Zhou did not deliver the proceeds of this sale to Body Brother.

25. Body Brother terminated Hang Yu and Yu Zhou's employment, but Hang Yu and Yu Zhou refused to turn in their keys and records and leave the warehouse.

**V.    Cause Of Action For Theft Liability Act**

26. Body Brother realleges and incorporates by reference the preceding paragraphs for all purposes the same as if set forth herein verbatim.

4

27. Hang Yu and Yu Zhou's conduct constitutes a violation of the Texas Theft Liability Act, Tex. Civ. P. & Rem. Code §§ 134.001-134.005.

28. Body Brother maintained personal property in the form of inventory at its Harwin warehouse.

29. At least when Hang Yu and Yu Zhou sold Body Brother's inventory in the Harwin warehouse, they appropriated the inventory without consent.

30. Hang Yu and Yu Zhou appropriated without consent the inventory with the intent to deprive Body Brother of property at least when they informed the Chinese management team and Ms. Yang that Hang Yu and Yu Zhou intended to sell the inventory without Body Brother's consent to a recycling company.

31. As an actual and proximate result of Hang Yu and Yu Zhou's theft, Body Brother suffered actual damages in the amount of $1.6 million.

32. Due to Hang Yu and Yu Zhou's egregious conduct, Body Brother is entitled to exemplary damages per Tex. Civ. Prac. & Rem. Code § 41.008.

33. Hang Yu and Yu Zhou owe Body Brother pre- and post- judgment interest for their conduct.

34. Hang Yu and Yu Zhou owe Body Brother court costs and reasonable and necessary attorney's fees for their conduct per Tex. Civ. Prac. & Rem. Code § 134.005.

**VI.    Application For Temporary Restraining Order And Application For Temporary Injunction**

35. Body Brother realleges and incorporates by reference the preceding paragraphs for all purposes the same as if set forth herein verbatim.

36. Under the analysis and facts described above, Body Brother is probably correct and will prevail on their claim that Hang Yu and Yu Zhou violated the Theft Liability Act, and Body Brother has a significant chance of success on the merits under these circumstances.

37. The injuries Body Brother suffered are irreparable and Body Brother has no adequate remedy at law because the inventory is already in the hands of an unknown third party recycling company that, presumably, destroyed the inventory. The fate of the sales proceeds from the stolen inventory is also unknown.  It is unknown what other damage Hang Yu and Yu Zhou have done to or contemplate doing to Body Brother.

38. The potential harm to Body Brother would be substantial if the Temporary Restraining Order and Temporary Injunction are not granted, including, but not limited to, the inability to recover the stolen inventory and/or the illegally obtained sales proceeds.

39. Meanwhile, the granting of the Temporary Restraining Order and Temporary Injunction will not result in any substantial harm to Hang Yu and Yu Zhou pending a final resolution as their employment has already been terminated.  As terminated employees they should not have access to the Harwin warehouse or its inventory.  As they stole the prior inventory, they have no legitimate interest in its sale or disposal and no legitimate interest in the illegally obtained sales proceeds.

40. Accordingly, pending a determination of the merits, Body Brother seeks relief in the form of a Temporary Restraining Order followed by a Temporary Injunction against Hang Yu and Yu Zhou to cease and desist and take the following actions.

    a.  Cease and desist accessing the Harwin warehouse for  any reason.

b.   Return to Body Brother's representative Ms. Yang all keys and other property related to the Harwin warehouse, including, but not limited to, computer passwords, memory devices, equipment, keys, and card keys.

c.   Cease and desist selling or otherwise disposing of any Body Brother inventory items in the Harwin warehouse.

d.   Return all proceeds of any sale or other disposal of any Body Brother inventory item from the Harwin warehouse.

e.   Cease and desist accessing the Chase account and provide all passwords necessary for Body Brother to access the Chase account.

f.   Cooperate with Body Brother and its representatives in recovering any item of Body Brother inventory item from the Harwin warehouse and any proceeds of any sale or other disposal of any Body Brother inventory item from the Harwin warehouse.

41. Body Brother also seeks relief in the form of a Temporary Restraining Order followed by a Temporary Injunction freezing the assets and access to the Chase account.

42. Per Tex. R. Civ. P. 680, based on the above facts, Body Brother asks for the requested Temporary Restraining Order to issue without notice because Body Brother has reason to believe that Hang Yu and Yu Zhou will attempt to evade service of process and/or destroy, secrete, or remove evidence.  Body Brother will serve notice of this Application by certified mail, return receipt requested after filing of the Application.

**VII.   Request To Conduct Expedited Discovery Prior To Temporary Injunction Hearing**

43. Body Brother requests leave of Court to conduct telephonic, oral, and written depositions or parties and witnesses to any scheduled temporary injunction hearing and Hang Yu and Yu Zhou's answer date.  Any depositions, telephonic or otherwise, would be conducted with reasonable, shortened notice to Hang Yu and Yu Zhou and their attorneys, if known. Further, Body Brother requests that Hang Yu and Yu Zhou be ordered to produce documents on a reasonable shortened notice prior to any scheduled temporary injunction hearing.  Body Brother also requests that the filing requirements for business records and the associated custodial affidavits be waived for purposes of all temporary injunction hearings.

**VIII.   Jury Demand**

44. Body Brother demands a jury trial.

**IX.      Request For Disclosure**

45. Under Texas Rule of Civil Procedure 194, Body Brother requests that Hang Yu and Yu Zhou disclose, within 30 days of the service of this request, the information or material described in Rule 194.2.

**X.       Prayer**

46. For these reasons, Body Brother asks that the Court issue citation for Hang Yu and Yu Zhou to appear and answer, and that Body Brother be awarded a judgment against Hang Yu and Yu Zhou for the following:

   a.   All damages requested

   b.   Treble damages

   c.   Reasonable and necessary attorney's fees

   d.   Pre- and post- judgment interest

e.  Court costs

f.  A temporary restraining order, temporary injunction, and permanent injunction enjoining Hang Yu and Yu Zhou:

    i.  from selling, offering to sell, or otherwise disposing of any of Body Brother's inventory at the Harwin warehouse,

    ii.  from entering or otherwise accessing the Harwin warehouse or its computers,

    iii.  to return or arrange for the return of any of Body Brother's inventory from the Harwin warehouse to Body Brother,

    iv.  to return any proceeds of any unauthorized sale of Body Brother's Harwin warehouse inventory to Body Brother, and

    v.  to return all keys, papers, passwords, and other property related to Body Brother's business to Body Brother.

g.  A temporary restraining order, temporary injunction, and permanent injunction freezing the assets of and access to the Chase bank account.

/s/ Donald H. Mahoney III
Donald H. Mahoney III
Ramey & Schwaller, LLP
Texas State Bar No. 24046336
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (Telephone)
(832) 900-4941 (Facsimile)
tmahoney@rameyfirm.com

**ATTORNEYS FOR PLAINTIFF**

**BODY BROTHER, INC.,**
**Plaintiff,**

**IN THE DISTRICT COURT**

**v.**

**OF HARRIS COUNTY, TEXAS**

**HANG YU and YU ZHOU,**
**Defendants.**

**_____ JUDICIAL DISTRICT**

## VERIFICATION

BEFORE ME, the undersigned undersigned authority, on this day personally appeared Liu Yang, known to me to be the person whose name is subscribed below, and upon her oath said that she has read the forgoing Original Petition, Application For Temporary Restraining Order and Temporary Injunction against Defendants Hang Yu and Yu Zhou, and that the factual statements contained therein are true and correct.

_____
Liu Yang

SUBSCRIBED AND SWORN TO before me, this _16_ day of July 2020 to certify which witness my hand and seal of office

_____
Notary Public in and for the State of Texas

ASLAM JAMAL
Notary Public, State of Texas
Comm. Expires 07-06-2020
Notary ID # 13003878-0

11

7/20/2020 1:17:03 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 44658038
By: GILBERT, COURTNI N
Filed: 7/20/2020 1:17:03 PM

**BODY BROTHER, INC.,**                          **IN THE DISTRICT COURT**
**Plaintiff,**

**v.**                                          **OF HARRIS COUNTY, TEXAS**

**HANG YU and YU ZHOU,**
**Defendants.**

## DECLARATION OF LIU YANG

I, Liu Yang, declare as follows:

1. My name is Liu Yang.  I am over the age of 21.  I have personal knowledge of the facts contained herein, which are true and correct.  If called as a witness, I could competently testify to these statements.

2. I am a representative of the Plaintiff, Body Brother, Inc.

3. Body Brother is a Texas corporation with a principal place of business at 10355 Harwin Dr., Suite B, Houston, TX 77036 where it maintains a warehouse ("Harwin warehouse").

4. Body Brother is a massage chair import trade company.

5. Below is a picture of a typical Body Brother massage chair.  Other examples can be found at www.bodybrother.com.

1



6.  Body Brother typically keeps its massage chair inventory at the Harwin warehouse.

7.  Attached as Exhibit A is a true and correct copy of a March 9, 2020 inventory sheet showing the amount and value of the inventory of the Body Brother massage chairs and other merchandise kept at the Harwin warehouse as of that time.

8.  The inventory sheet of Exhibit A shows an amount of 1305 massage chairs with an estimated sale value of $1,459,155 with other merchandise and equipment valued at approximately $109,884 as of March 9, 2020.

9.  Body Brother maintains a bank account with Chase bank in connection with operations at the Harwin warehouse.

10. Exhibit B is a true and correct copy of a November 2019 consolidated bank statement from the Body Brother Chase account.

11. The company is managed by a team ("Chinese management team") located in China.

12. Body Brother employed two employees ("the Houston employees") to maintain the Harwin warehouse.

13. These employees were to report to and follow instructions given by the Chinese management team.

14. The employees were Yu Zhou and Hang Yu.

15. Yu Zhou is the Harwin warehouse manager and also handles repairing returned product.

16. Hang Yu is the bookkeeper for the Harwin warehouse.

17. Yu Zhou and Hang Yu are husband and wife, respectively.  Both reside at 26334 Planters Heath, Katy, TX 77494.

18. Beginning in 2020, a serious conflict developed between the Houston employees and the Chinese management team.

    a.  Yu Zhou refused to provide enough bills and information to support his requests for reimbursement and the Chinese team was unable to manage Body Brother's account;

    b.  Yu Zhou refused to ship Body Brother's products in the Harwin warehouse to customers;

    c.  Yu Zhou began to sell Body Brother's products without authorization and kept the proceeds;

    d.  The Chinese team sought to hire an accountant to audit the Harwin warehouse and check the inventory, but Yu Zhou refused to cooperate.

    e.  Yu Zhou threated to sell Body Brother's entire inventory and keep the proceeds for himself and Hang Yu.

19. Body Brother's Chinese management team asked me to investigate the situation with the Body Brother Harwin warehouse and the status of its inventory in the June to July 2020 timeframe.

20. During this time,

    a.  I was blocked entering the Body Brother Harwin warehouse to check the inventory.

b.  Hang Yu and Yu Zhou informed the Body Brother Chinese management team that they had sold all the Body Brother inventory, the massage chair portion valued at approximately $1,459,155, for approximately $148,000 to a recycling center.

c.  The recycling center would have presumably destroyed the inventory.

d.  I attempted on July 8, 2020 to enter the Harwin warehouse to check the inventory.

e.  At that time, Yu Zhou prevented me from entering.

f.  At that time, Yu Zhou told me he would do bad things to me if I went to the Harwin warehouse again.

g.  At that time, Yu Zhou told me he had sold the inventory and that there was no more Body Brother inventory in the Harwin warehouse.

h.  Body Brother did not authorize this sale.

i.  Hang Yu and Yu Zhou's sale of the inventory of the Harwin warehouse was without Body Brother's consent and contrary to Body Brother's instructions.

j.  The sale caused Body Brother to be deprived of their inventory in the massage chairs.

k.  Hang Yu and Yu Zhou did not deliver the proceeds of this sale to Body Brother.

21. Body Brother terminated Hang Yu and Yu Zhou's employment, but Hang Yu and Yu Zhou refused to turn in their keys and records and leave the warehouse.

22. Exhibit C is a true and correct copy of the termination letter the Chinese management team sent to Hang Yu and Yu Zhou terminating their employment.

23. Exhibit D is a true and correct copy of a document reflecting receipt of the termination letter by Hang Yu and Yu Zhou.

My name is Liu Yang, my date of birth is 12/6/1969, and my address is 6522 Planetree Ct., Sugar Land, 77479, and USA.  I declare under penalty of perjury that the foregoing is true and correct.

4

Executed in Harris County, State of Texas, on the ___13___ day of July, 2020.

Signed:

Liu Yang

Body Brother                **Houston Warehouse Inventory**                3.09.20

| | Type | Houston | Price | Amount of Money | Note |
|---|---|---|---|---|---|
| | SL001 Black | 4 | $1,599.00 | $6,396.00 | |
| | SL001 Brown | 6 | $1,599.00 | $9,594.00 | |
| | SL001 Cofee | 2 | $1,599.00 | $3,198.00 | |
| | A600  Black | 100 | $1,299.00 | $129,900.00 | |
| | A600 Balck(Brown) | 101 | $1,299.00 | $131,199.00 | |
| | S8 Black | 84 | $1,999.00 | $167,916.00 | |
| | S5  Black | 49 | $1,599.00 | $78,351.00 | |
| | S5 Brown | 8 | $1,599.00 | $12,792.00 | |
| | RL810 Cofee | 4 | $1,599.00 | $6,396.00 | |
| | RL900 Black | 31 | $1,599.00 | $49,569.00 | |
| | Q7  Black | 22 | $1,199.00 | $26,378.00 | |
| | N900 Black | 23 | $2,599.00 | $59,777.00 | |
| Massge Chair | A900 Black | 22 | $1,699.00 | $37,378.00 | |
| | R5 Black | 113 | $1,599.00 | $180,687.00 | |
| | R5 Brown | 16 | $1,599.00 | $25,584.00 | |
| | R5 Cofee | 22 | $729.00 | $16,038.00 | |
| | RM503 Black | 133 | $799.00 | $106,267.00 | |
| | RM503 Brown | 93 | $799.00 | $74,307.00 | |
| | RM503 Cofee | 101 | $799.00 | $80,699.00 | |
| | N800  Black | 50 | $1,199.00 | $59,950.00 | |
| | N800 Brown | 34 | $1,199.00 | $40,766.00 | |
| | N801Brown | 14 | $1,099.00 | $15,386.00 | |
| | N802 Black | 73 | $899.00 | $65,627.00 | |
| | Massage Chairs to be | 200 | $250.00 | $50,000.00 | estimate |
| | Parts | | | $25,000.00 | estimate |
| Total | | 1305 | $1,296.00 | **$1,459,155.00** | |
| | | | | | |
| | Children's Pats Black | 267 | $29.00 | $7,743.00 | |
| | Cat Climber 917 | 77 | $48.00 | $3,696.00 | |
| Others | Foot Massage | 10 | $15.00 | $150.00 | |

Unofficial Copy Office of Marilyn Burgess District Clerk

| | | | |
|---|---|---|---|
| Sole Roller | 500 | $16.99 | $8,495.00 |
| Benz Toy Car | 200 | $299.00 | $59,800.00 |
| | | | **$79,884.00** |
| Fixed Assert Folklift | 2 | $15,000.00 | **$30,000.00** |
| **Total** | | | $1,569,039.00 |

Statistician：Yaqin Zhang

Unofficial Copy Office of Marilyn Burgess District Clerk

7/20/2020 1:17:03 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 44658038
By: GILBERT, COURTNI N
Filed: 7/20/2020 1:17:03 PM



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

November 01, 2019through November 29, 2019
Primary Account: 000000531669015

00143186 DRE 201 219 33419 NNNNNNNNNNNN  1 000000000 64 0000

BODY BROTHER, INC.
26334 PLANTERS HEATH
KATY TX 77494-5228

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Performance Business Checking | 000000531669015 | $7,936.49 | $4,412.97 |
| Chase Business Premier Savings | 000003797958932 | 500.03 | 500.05 |
| **Total** | | **$8,436.52** | **$4,913.02** |
| **TOTAL ASSETS** | | **$8,436.52** | **$4,913.02** |

## CHASE PERFORMANCE BUSINESS CHECKING

BODY BROTHER, INC.                                          Account Number: 000000531669015

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$7,936.49** |
| Deposits and Additions | 24 | 74,304.69 |
| Checks Paid | 18 | -19,179.63 |
| ATM & Debit Card Withdrawals | 56 | -6,624.91 |
| Electronic Withdrawals | 44 | -51,483.67 |
| Fees | 1 | -540.00 |
| **Ending Balance** | **143** | **$4,412.97** |

Your account ending in  8932 is linked to this account for overdraft protection.


## CHASE ◆

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Square Inc      191101P2          PPD ID: 9424300002 | $582.30 |
| 11/01 | Klarna Inc      Payments          CCD ID: V942875288 | 107.26 |
| 11/05 | Book Transfer Credit B/O: Dbs Bank (China) Limited Shanghai China 20012-0 Cn Org:/Nra200019485 Ipaylinks Limited Ref: Payment For Goods/Chgs/USD0,/Chgs/USD25,00/Ocmt/USD20000,/ Trn: 2053855308Fs | 19,975.00 |
| 11/05 | Square Inc      191105P2          PPD ID: 9424300002 | 4,126.45 |
| 11/06 | Klarna Inc      Payments          CCD ID: V942875288 | 1,538.84 |
| 11/06 | Square Inc      191106P2          PPD ID: 9424300002 | 72.52 |
| 11/12 | Klarna Inc      Payments          CCD ID: V942875288 | 3,671.10 |
| 11/12 | Square Inc      191112P2          PPD ID: 9424300002 | 193.90 |
| 11/13 | Klarna Inc      Payments          CCD ID: V942875288 | 1,738.84 |
| 11/13 | Klarna Inc      Payments          CCD ID: V942875288 | 869.42 |
| 11/13 | Klarna Inc      Payments          CCD ID: V942875288 | 839.84 |
| 11/18 | Book Transfer Credit B/O: Dbs Bank (China) Limited Shanghai China 20012-0 Cn Org:/Nra200019485 Ipaylinks Limited Ref: Payment For Goods/Chgs/USD0,/Chgs/USD25,00/Ocmt/USD13000,/ Trn: 0407385322Fs | 12,975.00 |
| 11/18 | Klarna Inc      Payments          CCD ID: V942875288 | 1,835.55 |
| 11/19 | Card Purchase Return    11/16 Guitar Center #496 Katy TX Card 0630 | 270.61 |
| 11/19 | Square Inc      191119P2          PPD ID: 9424300002 | 1,544.15 |
| 11/19 | Klarna Inc      Payments          CCD ID: V942875288 | 966.13 |
| 11/20 | Square Inc      191120P2          PPD ID: 9424300002 | 727.95 |
| 11/21 | Book Transfer Credit B/O: Dbs Bank (China) Limited Shanghai China 20012-0 Cn Org:/Nra200019485 Ipaylinks Limited Ref: Payment For Goods/Chgs/USD25,00/Ocmt/USD7000,/ Trn: 2172669325Fs | 6,975.00 |
| 11/21 | Square Inc      191121P2          PPD ID: 9424300002 | 291.00 |
| 11/25 | Square Inc      191125P2          PPD ID: 9424300002 | 291.00 |
| 11/26 | Book Transfer Credit B/O: Dbs Bank (China) Limited Shanghai China 20012-0 Cn Org:/Nra200019485 Ipaylinks Limited Ref: Payment For Goods/Chgs/USD25,00/Ocmt/USD13000,/ Trn: 1198134330Fs | 12,975.00 |
| 11/26 | Square Inc      191126P2          PPD ID: 9424300002 | 1,447.13 |
| 11/27 | Square Inc      191127P2          PPD ID: 9424300002 | 193.90 |
| 11/29 | Square Inc      191128P2          PPD ID: 9424300002 | 96.80 |
| **Total Deposits and Additions** | | **$74,304.69** |

# CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 329 ^ | | 11/06 | $2,081.70 |
| 330 ^ | | 11/01 | 400.00 |
| 331 ^ | | 11/01 | 2,200.00 |
| 332 ^ | | 11/13 | 3,916.65 |
| 333 ^ | | 11/06 | 150.00 |
| 335 * ^ | | 11/13 | 3,785.28 |
| 336 ^ | 11/08 | 11/08 | 235.00 |
| 337 ^ | | 11/08 | 391.00 |
| 338 ^ | 11/12 | 11/12 | 135.00 |
| 339 ^ | 11/14 | 11/14 | 400.00 |
| 340 ^ | | 11/14 | 341.00 |
| 341 ^ | | 11/19 | 1,250.00 |

Unofficial Copy of Harris County District Clerk



## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 342  ^ | 11/22 | 11/22 | 635.00 |
| 343  ^ |  | 11/22 | 350.00 |
| 344  ^ |  | 11/22 | 2,100.00 |
| 345  ^ |  | 11/26 | 174.00 |
| 346  ^ | 11/27 | 11/27 | 535.00 |
| 347  ^ |  | 11/29 | 100.00 |

**Total Checks Paid**                                                                       **$19,179.63**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | Card Purchase          10/31 Tian Tian Lu Chuaner Houston TX Card 0630 | $22.51 |
| 11/04 | Card Purchase          11/01 Kuen Noodle House Houston TX Card 0630 | 25.00 |
| 11/05 | Card Purchase          11/04 New Shanghai Restaurant Houston TX Card 0630 | 31.23 |
| 11/05 | Card Purchase With Pin  11/05 H Mart - Houston Il Houston TX Card 0630 | 20.43 |
| 11/05 | Card Purchase With Pin  11/05 Wm Superc Wal-Mart Sup Houston TX Card 0630 | 28.21 |
| 11/06 | Card Purchase With Pin  11/06 Wal-Mart Super Center Richmond TX Card 0630 | 16.57 |
| 11/07 | Card Purchase          11/05 Blue-Grace Logistics 813-641-0357 FL Card 0630 | 2,469.03 |
| 11/07 | Card Purchase With Pin  11/07 Guitar Center #442 Houston TX Card 0630 | 64.94 |
| 11/07 | Card Purchase With Pin  11/07 Lowe's # 3306 Katy TX Card 0630 | 4.29 |
| 11/07 | Recurring Card Purchase 11/06 Fedex 495579562 Memphis TN Card 0630 | 14.50 |
| 11/08 | Card Purchase          11/06 I Ping Bakery Houston TX Card 0630 | 22.71 |
| 11/08 | Card Purchase          11/07 Chevron 0108201 Houston TX Card 0630 | 34.10 |
| 11/08 | Card Purchase With Pin  11/08 Guitar Center #442 Houston TX Card 0630 | 205.67 |
| 11/12 | Card Purchase          11/07 Tian Tian Lu Chuaner Houston TX Card 0630 | 21.63 |
| 11/12 | Card Purchase          11/09 Txtag 888 468 9824 888-4689824 TX Card 0630 | 20.00 |
| 11/12 | Card Purchase          11/08 Jing 5 Houston TX Card 0630 | 30.64 |
| 11/12 | Card Purchase          11/09 Paypal *Ebay Intuitiv 402-935-7733 CA Card 0630 | 11.68 |
| 11/12 | Card Purchase          11/11 Walmart.Com 800-966-6546 AR Card 0630 | 52.60 |
| 11/12 | Card Purchase          11/11 Paypal *Ebay Plussmal 402-935-7733 CA Card 0630 | 10.62 |
| 11/12 | Card Purchase With Pin  11/11 Wal-Mart #2066 Houston TX Card 0630 | 38.64 |
| 11/12 | Card Purchase          11/11 Daylight Transport Ll 310-507-8200 CA Card 0630 | 1,666.40 |
| 11/12 | Card Purchase          11/12 Walmart.Com 800-966-6546 AR Card 0630 | 68.07 |
| 11/12 | Recurring Card Purchase 11/09 Taskrabbit Stripe.Com CA Card 0630 | 219.10 |
| 11/13 | Recurring Card Purchase 11/12 Taskrabbit Stripe.Com CA Card 0630 | 30.58 |
| 11/14 | Card Purchase          11/12 Young Store Houston TX Card 0630 | 23.65 |
| 11/14 | Card Purchase          11/13 Ebay O*21-04133-43287 800-4563229 CA Card 0630 | 235.81 |
| 11/14 | Card Purchase          11/14 Paypal *Ebay Zoro.Com 402-935-7733 IL Card 0630 | 27.06 |
| 11/14 | Card Purchase With Pin  11/14 Wal-Mart #2066 Houston TX Card 0630 | 10.70 |
| 11/14 | Recurring Card Purchase 11/13 Fedex 496169554 Memphis TN Card 0630 | 14.50 |
| 11/15 | Card Purchase          11/13 Fatni Bbq Houston TX Card 0630 | 34.86 |
| 11/15 | Card Purchase          11/14 Ttc Business Solutions 800-9068626 NC Card 0630 | 69.00 |



 **CHASE** ◆

November 01, 2019 through November 29, 2019

Primary Account: **000000531669015**

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/15 | Card Purchase With Pin  11/15 Autozone  5837 5847 S Houston TX Card 0630 | 18.39 |
| 11/15 | Recurring Card Purchase 11/14 AT&T Data 800-331-0500 GA Card 0630 | 35.94 |
| 11/18 | Card Purchase         11/15 Jing 5 Houston TX Card 0630 | 20.03 |
| 11/18 | Card Purchase With Pin  11/16 Shell Service S Katy TX Card 0630 | 31.82 |
| 11/19 | Card Purchase         11/18 Grainger 877-2022594 IL Card 0630 | 30.62 |
| 11/19 | Card Purchase         11/18 Zabaks Mediterranean CA Houston TX Card 0630 | 26.69 |
| 11/20 | Card Purchase         11/19 New Shanghai Restaurant Houston TX Card 0630 | 32.26 |
| 11/20 | Recurring Card Purchase 11/19 Fedex 496782915 Memphis TN Card 0630 | 14.50 |
| 11/21 | Card Purchase         11/20 Texas Secretary of Sta 512-4635601 TX Card 0630 | 4.11 |
| 11/22 | Card Purchase         11/20 Jing 5 Houston TX Card 0630 | 21.65 |
| 11/22 | Recurring Card Purchase 11/22 Shopify.Com/C Httpsshopify. IL Card 0630 | 30.91 |
| 11/25 | Card Purchase         11/22 Texas Hamburger Palace Houston TX Card 0630 | 16.45 |
| 11/25 | Card Purchase         11/22 Anytime Mailbox 866-444-8417 NV Card 0630 | 9.99 |
| 11/25 | Card Purchase         11/22 Anytime Mailbox 866-444-8417 NV Card 0630 | 25.00 |
| 11/25 | Card Purchase         11/22 Texas Secretary of Sta 512-4635601 TX Card 0630 | 1.03 |
| 11/25 | Card Purchase         11/23 Tst* Burgerim - Katy (F Katy TX Card 0630 | 24.85 |
| 11/25 | Card Purchase         11/25 Paypal *Ebay Yoshi989 402-935-7733 CA Card 0630 | 3.07 |
| 11/26 | Card Purchase         11/25 Ml Tierrita Restaurant Houston TX Card 0630 | 14.88 |
| 11/27 | Card Purchase         11/26 Ttc Business Solutions 800-9068626 NC Card 0630 | 275.00 |
| 11/27 | Card Purchase With Pin  11/27 Kroger Fuel 7392 Richmond TX Card 0630 | 32.57 |
| 11/27 | Recurring Card Purchase 11/26 Taskrabbit Stripe.Com CA Card 0630 | 148.81 |
| 11/27 | Recurring Card Purchase 11/26 Taskrabbit Stripe.Com CA Card 0630 | 135.28 |
| 11/27 | Recurring Card Purchase 11/26 Taskrabbit Stripe.Com CA Card 0630 | 97.77 |
| 11/27 | Recurring Card Purchase 11/26 Fedex 497472330 Memphis TN Card 0630 | 14.50 |
| 11/29 | Card Purchase         11/26 Northern Pasta LLC Houston TX Card 0630 | 14.06 |
| **Total ATM & Debit Card Withdrawals** | | **$6,624.91** |

## ATM & DEBIT CARD SUMMARY

Yu Zhou  Card 0630

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $6,624.91 |
| | Total Card Deposits & Credits | $270.61 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $6,624.91 |
| | Total Card Deposits & Credits | $270.61 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/04 | 11/04 Online Domestic Wire Transfer Via: Woodforest N/B Hou/113008465 A/C: Timothy Andrew Griffin Missouri City TX 77489 US Ref: Labor For Tim Imad: 1104B1Qgc06C002306 Trn: 4666900308Es | $100.00 |
| 11/04 | Quickpay With Zelle Payment To Yu Zhou 8825880889 | 120.00 |
| 11/05 | Quickpay With Zelle Payment To Yu Zhou 8829254433 | 850.00 |
| 11/05 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |



CHASE ◆

November 01, 2019through November 29, 2019
Primary Account: **000000531669015**



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/06 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 500.00 |
| 11/06 | Ferrell Gas      Webpay             PPD ID: 1222528268 | 152.09 |
| 11/06 | Waste Management Internet   043000099712956 Web ID: 9049038216 | 105.23 |
| 11/07 | Launch Logistics Epay      UI1927415   CCD ID: 1310298000 | 6,021.35 |
| 11/07 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |
| 11/08 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |
| 11/12 | Quickpay With Zelle Payment To Yu Zhou 8851034554 | 798.00 |
| 11/12 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,002.00 |
| 11/12 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,001.00 |
| 11/12 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |
| 11/12 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 500.00 |
| 11/12 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 500.00 |
| 11/13 | Quickpay With Zelle Payment To Yu Zhou 8854946973 | 1,200.00 |
| 11/13 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 500.00 |
| 11/14 | Quickpay With Zelle Payment To Wise Health Inc Jpm292291161 | 1,000.00 |
| 11/14 | Irs      Usataxpymt 270971890970934 CCD ID: 3387702000 | 1,034.92 |
| 11/14 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 500.00 |
| 11/15 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |
| 11/15 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 500.00 |
| 11/18 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 500.00 |
| 11/18 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 500.00 |
| 11/19 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 3,000.00 |
| 11/19 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |
| 11/20 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,500.00 |
| 11/20 | Shopify      Transfer  St-M6Z4H8Z1G4Q8 CCD ID: 1800948598 | 1,310.85 |
| 11/20 | Irs      Usataxpymt 270972455231647 CCD ID: 3387702000 | 25.00 |
| 11/21 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |
| 11/22 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 3,000.00 |
| 11/22 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 2,000.00 |
| 11/25 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |
| 11/26 | Quickpay With Zelle Payment To C&M Vision Technologies Inc 8899893065 | 700.00 |
| 11/26 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 3,000.00 |
| 11/26 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 2,000.00 |
| 11/26 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 2,000.00 |
| 11/26 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 200.00 |
| 11/27 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 2,000.00 |
| 11/29 | Launch Logistics Epay      UI1927415   CCD ID: 1310298000 | 3,263.23 |
| 11/29 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |
| 11/29 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 1,000.00 |
| 11/29 | Paypal      Transfer  Postpony Inc   Web ID: Paypalmtcu | 100.00 |
| **Total Electronic Withdrawals** | | **$51,483.67** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01 | Service Charges For The Month of October | $540.00 |
| **Total Fees** | | **$540.00** |



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 11/01 | $5,486.05 | 11/13 | 5,338.51 | 11/21 | 15,432.19 |
| 11/04 | 5,218.54 | 11/14 | 1,750.87 | 11/22 | 7,294.63 |
| 11/05 | 27,390.12 | 11/15 | 92.68 | 11/25 | 6,505.24 |
| 11/06 | 25,995.89 | 11/18 | 13,851.38 | 11/26 | 12,838.49 |
| 11/07 | 16,421.78 | 11/19 | 11,324.96 | 11/27 | 9,793.46 |
| 11/08 | 14,533.30 | 11/20 | 9,170.30 | 11/29 | 4,412.97 |
| 11/12 | 11,322.92 | | | | |

Unofficial Copy Office of Marilyn Burgess District Clerk

# Terminating Engagement

To：周宇先生(Mr. Zhou Yu also named as Morris Zhou)
余航女士(Ms. Yu Hang also named as Osey Yu)

Contact No.：+17187048094，(713) 487-8227

Date：July 8th, 2020

Email：shippingbodybrother@gmail.com，bodybrotherinc@gmail.com

Dear Mr. Zhou

Ms. Yu

We have carefully reviewed all available information which may concerned. After careful consideration, it has been decided to dismiss you(Mr. Zhou Yu & Ms. Yu hang) from employment, effective date since the date the email has sent. The dismissal is based on your continuing unacceptable and broke the discipline of employment.

The proposed course of this action is decided, any appeal will forward to our Legal Personnel.

Appeal rights

Sincerely,

Director of Body brother Inc.(卢容艳)， Director of Wise Health Inc.（陈芳）

CHEN Fang

Unofficial Copy Office of Marilyn Burgess District Clerk

Unofficial Copy Office of Marilyn Burgess District Clerk

