United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Body Brother, Inc., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-21-2559 |
| | § | |
| Yu Zhou and Hang Yu, | § | |
| *Defendants*. | § | |

### ORDER OF ADOPTION

On November 7, 2022, Magistrate Judge Peter Bray recommended that Defendants' federal law claim be dismissed with prejudice and that the case be remanded to state court. ECF No. 64. No objections were filed.

The court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate remand order.

Signed at Houston, Texas, on November 28, 2022.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE